[This opinion has been published in *Ohio Official Reports* at 177 Ohio St.3d 1220.]

DISCIPLINARY COUNSEL *v.* WASHINGTON.

[Cite as *Disciplinary Counsel v. Washington*, 2024-Ohio-5443.]

(No. 1997-2646—Submitted November 13, 2024—Decided November 19, 2024.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1} This cause came on for further consideration upon the filing on May 20, 2024, of a petition for reinstatement by respondent, William Terry Washington, Attorney Registration No. 0051948. In accordance with Gov.Bar R. V(25)(E), respondent's petition for reinstatement was referred to the Board of Professional Conduct. The board filed its final report in this court on October 4, 2024, recommending that respondent be reinstated to the practice of law in Ohio. No objections to said final report were filed, and this cause was considered by the court.

{¶ 2} Upon consideration thereof, it is ordered by this court that the petition for reinstatement of respondent is granted and that respondent, William Terry Washington, last known address in Tracy, California, is reinstated to the practice of law in Ohio. It is further ordered that should respondent choose to return to private practice, he shall be required to work with a monitor, appointed by relator, for a period of one year to focus on law office management. It is further ordered that respondent shall address any outstanding attorney registration matters with the Office of Attorney Services.

{¶ 3} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 4} For earlier case, see *Disciplinary Counsel v. Washington*, 1998-Ohio-580.

KENNEDY, C.J., and FISCHER, DeWINE, DONNELLY, STEWART, and DETERS, JJ., concur.

BRUNNER, J., not participating.

_____